MURRAY REICH, ADMINISTRATOR, *vs.* GEORGE FATOOL.

Third Judicial District, Bridgeport, April Term, 1929.
WHEELER, C. J., MALTBIE, HAINES, HINMAN AND BANKS, Js.
Argued April 17th—decided June 13th, 1929.

*Philip Reich,* with whom, on the brief, was *Samuel Reich,* for the appellant (plaintiff).

*Henry C. Wilson,* for the appellee (defendant).

PER CURIAM. An examination and comparison of the evidence has satisfied us that the trial court was correct in its conclusion that there was no sufficient evidence before the jury from which the plaintiff's freedom from contributory negligence could have been found and that we cannot hold that the ruling setting aside the verdict was erroneous as matter of law.

There is no error.